UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| GREGORY WILBON,           ) | |
|                           ) | |
|   Plaintiff,    ) | |
|                           ) | |
| v.                        ) | No. 2:06-CV-2-AGF |
|                           ) | |
| JIM MOORE, et al.,        ) | |
|                           ) | |
|   Defendants.   ) | |

### ORDER OF PARTIAL DISMISSAL
### PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendant "Unknown FUM Manager," plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 3rd day of March, 2006.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**