UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

GREGORY WILBON,                  )
                                          )
       Plaintiff,               )
                                          )
       vs.                     )        Case No.  2:06CV0002 AGF
                                          )
JIM MOORE, Superintendent, et al.,   )
                                          )
       Defendants.         )

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion for appointment of counsel. Plaintiff, a Missouri prisoner, brings this action pro se under 42 U.S.C. § 1983, against numerous prison officials, claiming that they violated his constitutional rights.

There is no constitutional right for a pro se plaintiff to have counsel appointed in a civil case, although a district court has discretion to appoint an attorney to handle such a case when necessary. Phillips v. Jasper County Jail, ___ F.3d. ___, 2006 WL 327975, at *2 (8th Cir. Feb. 14, 2006); Davis v. Scott, 94 F.2d 444, 447 (8th Cir. 1996). Among the factors a court should consider in making this determination are the legal and factual complexity of the case; the ability of the plaintiff to investigate the facts and present his claim; and to what degree the plaintiff and the court would benefit from such an appointment. Phillips, 2006 WL 327975, at *2; Edgington v. Missouri Dep't of Corr., 52 F.3d 777, 780 (8th Cir. 1995).

Upon review of the file and the relevant factors, the Court finds that appointment of counsel is unnecessary at this time. Should Plaintiff seek the appointment of counsel

at a later stage in the proceedings, he will be required to provide the Court with a sworn statement itemizing what efforts he has made to obtain legal counsel, providing the names of attorneys with whom he has discussed representation and the dates and results of such discussions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of counsel [Doc. # 4] is **DENIED** without prejudice.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of March, 2006.