UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| GREGORY WILBON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:06CV00002 AGF |
| ) | |
| JIM MOORE, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon review of the file,

**IT IS HEREBY ORDERED** that the first sentence of paragraph 36 of Plaintiff's Amended Complaint, which states, "Plaintiff hereby incorporates all claims for relief in his original complaint," is stricken from the Amended Complaint in light of the Court Order dated March 3, 2006, dismissing several claims from the original complaint.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day of May, 2006.